B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cameron, Deanna L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3747** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4690 Panoramic Court**<br>**Las Vegas, NV**<br>ZIP Code **89129** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cameron, Deanna L** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **Clark County, Nevada** | Case Number: **09-14898** | Date Filed: **4/01/09** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Roger P. Croteau      **October 30, 2009**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Roger P. Croteau** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Cameron, Deanna L** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X  /s/ Deanna L Cameron**
Signature of Debtor  **Deanna L Cameron**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 30, 2009**
Date

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X  /s/ Roger P. Croteau**
Signature of Attorney for Debtor(s)
**Roger P. Croteau 4958**
Printed Name of Attorney for Debtor(s)
**Roger P. Croteau & Associates Ltd.**
Firm Name
**720 South Fourth Street, Suite 202**
**Las Vegas, NV 89101**

Address

**Email: croteau@croteaulaw.com**
**(702) 254-7775  Fax: (702) 228-7719**
Telephone Number
**October 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Deanna L Cameron**  
Debtor(s)

Case No.  
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Deanna L Cameron**
                      **Deanna L Cameron**

Date:  **October 30, 2009**

```
Deanna L Cameron
4690 Panoramic Court
Las Vegas, NV 89129

Roger P. Croteau
Roger P. Croteau & Associates Ltd.
720 South Fourth Street, Suite 202
Las Vegas, NV 89101

Internal Revenue Service
Stop 5028
110 City Parkway #100
Las Vegas, NV 89106

Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711-0250

Department of Taxation
1550 College Pkwy #115
Carson City, NV 89706-7937

3M
Acct No DCG4286
c/o John Perrin, Financial Operations
3M Center, Building 224-5N-41
Saint Paul, MN 55144-1000

Accounts Receivable Management
Acct No 024-9078-97140
P.O. Box 129
Thorofare, NJ 08086-0129

Allied Building Materials
Acct No 34824/34825
221 W Wyoming Ave
Las Vegas, NV 89102

American Express
Acct No 3499915664483793
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Americas Servicing Co
Acct No 1061205204501
Attention: Bankruptcy
1 Home Campus
Des Moines, IA 50328

Auth Florence Manufacturing
Acct No 221665
5935 Corporate Drive
Manhattan, KS 66503
```

```
Bank Of America
Acct No 59201000257081
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Bank Of America
Acct No 2865
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No 0018
4060 Ogletown/Stan
Newark, DE 19713

Bank of America
Acct No xxxxxxxxxxxx2710
P.O. Box 17054
Wilmington, DE 19850

Bank of Nevada
Acct No 910015809
2700 W Sahara Ave
Las Vegas, NV 89102

Bonded Collection Corporation
Acct No 6460266
29 East Madison St #1650
Chicago, IL 60602-4404

Brent W Caldwell, Esq
Acct No 309586
205 E Warm Springs Rd, Ste 105
Las Vegas, NV 89119

Centennial Hills Hospital
Acct No 008000568835
8801 W. Sahara Avenue
Las Vegas, NV 89117

Clark County Credit Un
Acct No 58464511
2625 N Tenaya Way
Las Vegas, NV 89128

Cloud Carpets & Draperies
Acct No 309586
6555 S Valley View Blvd, Ste 500
Las Vegas, NV 89118

Coast 2 Coast Financia
Acct No C2C13RES013686163
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360
```

```
Collection
Acct No xxxx-xxxx-xxxx-7308
Attn: Bankrutpcy Department
Po Box 10587
Greenville, SC 29603

Conseco Finance
Acct No 6012506909698010
Attn: Bankruptcy
P.O. Box 103106
Roswell, GA 30076

Countrywide Home Lending
Acct No 30888894
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062

DC Installations Corp
4690 Panoramic Court
Las Vegas, NV 89129

Dixon Truman Fisher & Clifford PC
Acct No 08C-053546
c/o Robin E Perkins, Esq
221 N Buffalo Dr, Ste A
Las Vegas, NV 89145

Financial Asset Management Systems, Inc.
Acct No 2983978581
70 Corporate Hills Dr, Ste 103
Saint Charles, MO 63301

First Recovery Services
Acct No 13-DFC-4-1447773/-1447774
PO Box 967
Huntington, NY 11743

Ford Motor Credit Corporation
Acct No 42274183
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

G M A C
Acct No 024909433075
P O Box 380901
Bloomington, MN 55438

GEMB / HH Gregg
Acct No 601921070054
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076
```

```
GEMB / Mervyns
Acct No 604589112672
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gemb/jcp
Acct No 336125
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gibbs Giden Locher & Assoc
Acct No 34824,84825
c/o Becky A. Pintar, Esq
3993 Howard Hughes Pkwy, Ste 530
Las Vegas, NV 89169-5994

GMAC
Acct No 024-9078-97140
PO Box 380901
Minneapolis, MN 55438

Harvard Collection Service
Acct No 924406134
4839 N. Elston Avenue
Chicago, IL 60630-2534

Haycock Petroleum/Thomas Petroleum, LLC
Acct No 10-0040183
c/o Wells Fargo Bank, NA
PO Box 413045
Salt Lake City, UT 84141-3045

Henson Hutton Mudrick Gragson LLP
Acct No 221665
c/o John H Hutton, Esq
PO Box 3555
Topeka, KS 66601-3555

Hsbc Best Buy
Acct No 702127013049
Attn: Bankruptcy
Po Box 6985
Bridge Water, NJ 08807

Hsbc Harlem Fur.
Acct No 42260110142
Attn: Bankruptcy
Po Box 15522
Wilmington, DE 19850
```

```
Imperial Mailbox Systems
Acct No 16304
3901 Norris Lane
Millbrook, AL 36054

Joseph Mann & Creed
Acct No 300246387
20600 Chargin Blvd, Ste 550
Shaker Heights, OH 44122-5340

KBI Stucco, Inc
Acct No 138-06-110-007
dba SelectBuild Nevada - Stucco
4339 Corporate Center Dr, Ste 108
North Las Vegas, NV 89030

La Z Boy Frn
Acct No 5438259891875190
P O Box 10484
Des Moines, IA 50306

Landscape Services Inc
Acct No 138-06-110-007
35 W Mayflower Ave
North Las Vegas, NV 89030

Law Offices of Mitchell Kay, P.C.
Acct No 3499915664483793
7 Penn Plaza
New York, NY 10001

Macys/fdsb
Acct No 4801194119520
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

National City Mortgage
Acct No 433000564311б
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

Primary Financial Services, L.L.C.
Acct No 2167110456-18
3115 N. 3rd Ave., Ste. 112
Phoenix, AZ 85013

Quantum Collections
Acct No 4723266914723
3224 Civic Center Dr
North Las Vegas, NV 89030
```

```
Radiology Associates of Nevada
Acct No 247182-QRAON
P.O. Box 21686
Pasadena, CA 91185

Red Coach Estates Owners
Acct No 4690
c/o Community Association Bank
PO Box 63425
Phoenix, AZ 85082

Rinker Materials West, LLC
Acct No 48479
7150 Pollock Drive
Las Vegas, NV 89119

Robert L  Bachman, Esq
Acct No 3499915664483793
19100 Von Karman Avenue, Ste 380
Irvine, CA 92612

Sallie Mae
Acct No 922721452210001
1002 Arthur Dr
Lynn Haven, FL 32444

SBS Construction Services of Nevada
Acct No 08C-053546
1220 S Commerce St
Las Vegas, NV 89102

Select Portfolio Svcin
Acct No 2770007445877
10401 Deerwood Par
Jacksonville, FL 32256

Sentry Credit, Inc
Acct No xxxx-xxxx-xxxx-6886
2809 Grand Avenue
Everett, WA 98201

Shadow Emergency Physicians
Acct No VSD8000568835
P. O. Box 13917
Philadelphia, PA 19101-3917

Sullivan Hill Lewin Rez & Engel
Acct No 910015809
c/o Christine A.  Roberts, Esq
228 South Fourth St, 1st Floor
Las Vegas, NV 89101
```

The Masonry Group
Acct No 34824,84825
4685 Berg Street
North Las Vegas, NV 89081

The Members Own Fcu
Acct No 62207000008
14250 7th St
Victorville, CA 92395

Tiburon Financial, LLC
Acct No 1754626-0699-915521
P.O. Box 770
Boys Town, NE 68010-0770

Toyota Motor Credit Co
Acct No 70401561760360001
10040 N 25th Ave, Ste 200
Phoenix, AZ 85021

Traffic Control Service, Inc
Acct No A-09-599029-C
c/o Shawn L Morris, Esq
701 N Green Valley Pkwy, Ste 110
Henderson, NV 89074

Transamerica Bank
Acct No 506073916203
5595 Trillium Blvd
Schaumburg, IL 60192

Unvl/citi
Acct No 549113030748
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Valley View IV, LLC
Acct No VV4H-DCINS2
100 Bayview Circle, Ste 4500
Newport Beach, CA 92660

Wells Fargo Card Ser
Acct No xxxx-xxxx-xxxx-6886
Po Box 5058
Portland, OR 97208

Wilshire Credit Corp
Acct No 474144
Attention: Bankruptcy Department
Po Box 8517
Portland, OH 97207